# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No: 8:23-cr-00202-MSS-CPT

**TONY L. WIGGINS, JR.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant's Motion to Stay Proceedings, (Dkt. 105), and the Government's response in opposition. (Dkt. 107) Upon consideration of the relevant filings, case law, and being otherwise fully advised, the Court **GRANTS** Defendant's Motion to Stay Proceedings.

Defendant's prospect of defending this federal case presents him with a Hobson's choice. If Defendant waives his Fifth Amendment right, any testimony or statements he provides could be used against him in the state court case where he is currently facing capital murder charges. Conversely, if he invokes his Fifth Amendment right, Defendant foregoes the opportunity to present a full defense in this federal case. And, any conviction in this federal case would be available for use in the death penalty case. In addition, the Government has not demonstrated that the interests of justice require this case proceed before Defendant has had the opportunity to defend himself in the state court case. Given the significant constitutional concerns at stake, and in the absence of a compelling justification to proceed in the federal case,

a stay is warranted to preserve Defendant's constitutional rights and to ensure the fair administration of justice.

Accordingly, it is **ORDERED** as follows:

1. Defendant's Motion to Stay Proceedings, (Dkt. 105), is **GRANTED**.

2. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case until such time as Defendant's state court case has been resolved, or upon further instruction from the Court.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person